# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GARY E. SEGER, et al. ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CV75** |
| vs. ) | |
| ) | **ORDER** |
| **ERNST-SPENCER METALS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 14, 2008.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **November 21, 2008, at 10:00 a.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 14th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge