## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAREY E. SEGER, et al., )<br>)<br>Plaintiffs, )<br>) <br>vs. )<br>)<br>ERNEST-SPENCER METALS, INC., et al., )<br>)<br>Defendants. ) | 8:08CV75<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on November 21, 2008.

**IT IS ORDERED:**

1. The **telephone** planning conference with the undersigned magistrate judge is rescheduled to **January 14, 2009 at 10:00 a.m.** Plaintiff's counsel shall initiate the telephone conference.

2. **Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served by **January 2, 2009**.

DATED this 21st day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge