IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAREY E. SEGER and TWILA SEGER, Husband and Wife, | CASE NO.: 8:08-CV-75 |
| Plaintiffs, | |
| vs. | **ORDER** |
| ERNEST-SPENCER METALS, INC., TANK CONNECTION, LLC, ROUNDTABLE ENGINEERING SOLUTIONS, LLC, KIRK WELDING SUPPLY, INC., and BURNS & McDONNELL ENGINEERING COMPANY, INC., | |
| Defendants. | |

This matter comes before the Court on the Motion [Docket Entry No. 78] of the Plaintiffs for an extension of time to respond to the pending Motion to Dismiss of Roundtable Engineering Solutions, LLC, and the Court fully being fully advised in the premises finds that good causes exists for the requested extension.

IT IS THEREFORE ORDERED AND ADJUDGED AND DECREED that Plaintiffs shall be granted an additional thirty (30) days to January 15, 2009 to file their Brief in Opposition to the Motion to Dismiss of Roundtable Engineering Solutions, LLC.

DATED this 5th day of December, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
CHIEF DISTRICT JUDGE

Prepared and submitted by:
James J. Frost
McGrath, North, Mullin & Kratz, P.C. LLO
3700 First National Tower
1601 Dodge Street
Omaha, NE  68102
(402)341-3070
jfrost@mcgrathnorth.com
Attorneys for Garey E. Seger and Twila Seger, Plaintiffs