IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAREY E. SEGER and TWILA SEGER, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV75 |
| v. | ) ) ) | |
| ERNEST-SPENCER METALS, INC., TANK CONNECTION, LLC, ROUNDTABLE ENGINEERING SOLUTIONS, LLC, KIRK WELDING SUPPLY, INC., and BURNS & MCDONNELL ENGINEERING COMPANY, INC., | ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL OF DEFENDANT ERNEST-SPENCER METALS, INC. |
| Defendants, | ) ) | |
| and | ) ) | |
| LIBERTY MUTUAL INSURANCE, | ) ) | |
| Intervenor. | ) | |

Pursuant to a settlement agreement,

IT IS ORDERED that the plaintiffs' claims against defendant Ernest-Spencer Metals, Inc. are hereby dismissed, with prejudice.

DATED this 6th day of October, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge