IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GAREY E. SEGER and TWILA SEGER,** ) </br> ) </br> **Plaintiffs,** ) </br> ) </br> **LIBERTY MUTUAL INSURANCE,** ) </br> ) </br> **Intervenor,** ) </br> ) </br> vs. ) </br> ) </br> **ERNEST-SPENCER METALS, INC., et al.,** ) </br> ) </br> **Defendants.** ) | 8:08CV75 </br></br></br> ORDER |

This matter is before the court on the defendants' Motion for Extension of Case Progression (Filing No. 268) and the plaintiffs' objection (Filing No. 271). The court held a telephone conference regarding these filings and the status of the case on December 28, 2009. For the reasons stated during the conference, the defendants' motion will be granted, in part, and denied, in part, as set forth herein. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Extension of Case Progression (Filing No. 268) is granted, in part, and denied, in part, as follows.

    a. The defendants shall complete any testing on the I-beam **on or before January 15, 2010**, such testing may be completed in California.

    b. The defendants shall have to **on or before January 30, 2010**, to serve expert disclosures regard expert witnesses related to causation.

    c. The plaintiffs shall have to **on or before February 26, 2010**, to serve rebuttal expert disclosures.

2. The plaintiffs' objection (Filing No. 271) is sustained, in part, and overruled, in part, as set forth herein.

DATED this 28th day of December, 2009.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge