IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAREY E. SEGER AND TWILA SEGER, Husband and Wife, | ) ) ) |
| Plaintiff, | ) )    8:08CV75 ) |
| vs. | )    ORDER ) |
| TANK CONNECTION, LLC, ROUNDTABLE ENGINEERING SOLUTIONS, LLC, KIRK WELDING SUPPLY, INC., BURNS & MCDONNELL ENGINEERING COMPANY, INC., | ) ) ) ) ) |
| Defendants, and | ) ) |
| LIBERTY MUTUAL INSURANCE, | ) |
| Intervenor-Defendant. | ) ) |

This matter is before the court on the Joint Motion for Extension of Case Progression (Filing No. 352). The motion will be granted as set forth below:

**IT IS ORDERED:**

1. The deadline for the disclosure of plaintiffs' rebuttal expert witnesses is extended **until April 14, 2010.**

2. The deadline for completion of depositions is extended until **April 30, 2010.**

3. The deadline for *Daubert* motions is extended until **May 14, 2010**.

4. The deadline for motions for summary judgment is extended until **May 14, 2010.**

DATED this 1st day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge