IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| GAREY E. SEGER and TWILA SEGER, Husband and Wife,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ERNEST-SPENCER METALS, INC.; TANK CONNECTION, LLC; ROUNDTABLE ENGINEERING SOLUTIONS, LLC; KIRK WELDING SUPPLY, INC.; and BURNS & MCDONNELL ENGINEERING COMPANY, INC.,<br><br>　　　　Defendants<br><br>and<br><br>LIBERTY MUTUAL INSURANCE,<br><br>　　　　Intervenor-Defendant. | CASE NO. 8:08-CV-75<br><br>**ORDER** |

　　　This matter comes before the Court on the Motion to File Corrected Brief and Supplemental Index of Evidence (Filing No. 523) of the Plaintiffs Garey E. and Twila Seger, and the Court being fully advised in the premises finds that good cause exists to grant the Motion.

　　　**IT IS THEREFORE ORDERED:**

　　　1.　　That Plaintiffs are allowed to file their "Corrected Plaintiffs Memorandum Brief in Opposition to Motions for Summary Judgment of Defendants Burns & McDonnell Engineering Company, Inc. and Tank Connection LLC" and a Supplemental Index of Evidence.

　　　**DATED** this 14th day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Joseph F. Bataillon*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


Prepared and submitted by:
James J. Frost
McGrath, North, Mullin & Kratz, P.C. LLO
3700 First National Tower
1601 Dodge Street
Omaha, NE  68102
(402)341-3070
jfrost@mcgrathnorth.com
Attorneys for Garey E. Seger and Twila Seger, Plaintiffs