# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAREY E. SEGER and TWILA SEGER, <br><br> Plaintiffs, <br><br> LIBERTY MUTUAL INSURANCE, <br><br> Intervenor, <br><br> vs. <br><br> ERNEST-SPENCER METALS, INC., et al., <br><br> Defendants. | 8:08CV75 <br><br><br> ORDER |

This matter is before the court on the defendants Kirk Welding Supply, Inc. and Roundtable Engineering Solutions, LLC's Motion to Reconsider The Order Contained in Filing No. 377 (Filing No. 552).  The moving defendants seek a court order compelling the plaintiff Garey Seger to sign a "Social Security Administration Consent of Release for Information" form to facilitate the defendants' gathering of discovery.  The defendants provide some evidence to suggest the Social Security Administration will not provide the sought records by subpoena as previously assumed.  The court issued the relevant Order (Filing No. 377) on April 22, 2010.  The moving defendants suggest they have undertaken efforts to obtain the subject discovery on their own.  However, the moving defendants fail to suggest any renewed conference with counsel for the plaintiffs to attempt to resolve the situation without court involvement.  Under these circumstances, the court will not consider the moving defendants' motion.  See NECivR 7.0.1(i).

**IT IS ORDERED:**

The Motion to Reconsider The Order Contained in Filing No. 377 (Filing No. 552) is denied.

DATED this 26th day of August, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge