IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAREY E. SEGER, Husband, and TWILA SEGER, Wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV75 |
| v. | ) ) ) | |
| TANK CONNECTION, LLC, ROUNDTABLE ENGINEERING SOLUTIONS, LLC, KIRK WELDING SUPPLY, INC., and BURNS & MCDONNELL ENGINEERING COMPANY, INC., | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on Joint Motion of the Plaintiffs Garey E. Seger and Twila Seger (collectively "Plaintiffs") and Intervenor Liberty Mutual Insurance ("Liberty Mutual"), Filing No. 564, for an Order authorizing the Clerk of the Court to withdraw and disburse the Settlement Funds previously deposited with the Clerk following the parties settlement with Defendant Ernest-Spencer Metals, Inc.  Being fully advised in the premises,

IT IS ORDERED:

1. The Joint Motion of the Plaintiffs and Intervenor Liberty Mutual (Filing No. 564) for an order authorizing disbursement of funds is granted.

2. Within ten (10) days of this Order, the Clerk of the United States District Court for the District of Nebraska shall withdraw and disburse the Settlement Funds previously deposited with the Clerk and any interest realized from the investment of said Settlement Funds as was directed by the court's Memorandum and Order of October 6, 2009 (Filing No. 226).

3.     Prior to disbursement, and in accordance with Local Rule 67.1(c), the Clerk is authorized to deduct a fee equal to ten (10) percent of the interest earned on the Settlement Funds.

4.     The remaining funds shall be paid by check payable to Plaintiffs Garey E. Seger and Twila Seger and their counsel, McGrath, North, Mullin & Kratz, PC LLO.

DATED this 1st day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge